Case No: _____  Inmate Name: Huff, William
Date: 8/24/20  Inmate IDOC#: 113223
Document Title: Prisoner Complaint
Total Pages: 10  Inmate Initials Verifying Page Count: _____
Document(s) 1 of 1

William James Huff #113223
(full name/prisoner number)
ISCC
PO Box 70010
Boise, ID 83707
(complete mailing address)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

William James Huff,
(full name)

    Plaintiff,

v.

Idaho State Correctional Center
Joshua Rankins #1417
Jay Christensen

    Defendant(s).

(if you need additional space, use a blank page for a continuation page)

Case No.
(to be assigned by Court)

PRISONER COMPLAINT

Jury Trial Requested: ☒ Yes  ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: (check all that apply):

☒ 42 U.S.C. § 1983 (applies to state, county, or city defendants)
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal government defendants only)
☐ Other federal statute (specify) _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is William J. Huff. I am a citizen of the State of Idaho, presently residing at IDOC; PO Box: 70010 Boise, ID 83707.

PRISONER COMPLAINT - p. 1  (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Jay Christensen**, who was acting as **Warden of ISCC**
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the **Neglegentes and Violation of the 8th Amendment**.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **approx. 12/16/19**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   I William J. Huff was placed on a Softwalk; in teir G12; in Unit G-Block for Close Custody inmates (inmates who cannot be managed in general population.) On this walk that I was placed on contained a variety of different people; including those who are not mentally or medically inclined to be living with the rest of the population. Making our time uncomfortable, our enviroment is clearly unsafe and a softwalk is a step under "PC" for inmates looking for softy. We are also on a teir that contains a "handwalk" which have active gang members making it a saftey issue as well for officers "accedentally" unlocking doors, causing fights. This is a violation of the 8th Amendment Cruel & Unusual punishment

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   The 8th Amendment of Cruel and Unusual punishment; as well as Neglegence.

4. I allege that I suffered the following injury or damages as a result:
   I suffered humiliation, extream mental Anxiety, embarresment, improper diprivation, due to being placed in a cell with an inmate who was mentally and medically unstable.

5. I seek the following relief: (Jostre v. McGinnis) $25,000 for each day of this living arrangement, $3,720 in punitive damage. Or seperate the mentally ill to create a more safe enviroment.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes  ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 2_            *(Rev. 10/24/2011)*

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| Dist. 4 | CV01-20-7887 | William J. Huff v. IDOC | pending | — |
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒  do not ☐  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am not competent in law; I am indigent and unable to Afford a private attorney and I would like to seek legal Advice.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on ~~scratched~~ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 8/21/20 *(date)*; OR *(specify other method)* _____.

Executed at  ISCC, PO Box 70010  on  8- -20 .
   *(Location)*                                              *(Date)*

*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.